UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

JOSEPH QUEEN,

                    Plaintiff,          **ORDER OF**
v.                                               **DISMISSAL**

KEVIN DURHAM,                            03-CV-491S(F)
ERIE COUNTY,

                    Defendants.

The court having been advised by the counsel for the parties that the above action has been settled;

It is ORDERED that this action is hereby dismissed without costs and on the merits, but without prejudice to the right, upon good cause shown within 120 days to reopen this action if settlement is not consummated.

                                                                       WILLIAM M. SKRETNY
                                                     UNITED STATES DISTRICT JUDGE

Dated:     November 15, 2007
             Buffalo, New York