UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

JOSEPH QUEEN,

                     Plaintiff,

                                      **STIPULATION OF DISMISSAL**

v.

KEVIN DURHAM                               **Docket No.  3-CV-491 S (F)**
ERIE COUNTY
Defendants.
_____

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys for all of the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, that all of the plaintiff's claims and causes of action are hereby dismissed pursuant to Rule 41(a)(1), Fed. R. Civ. P. as against all defendants, with prejudice, on the merits and without costs to any party as against any other.

      This stipulation may be filed without further notice with the Clerk of the Court.

DATED:     Buffalo, New York
                November 30, 2007

DAMON & MOREY, LLP
Attorneys for the Plaintiff
Joseph Queen


       By:  s/s Gregory Zini_____
      Gregory Zini, Esq. of counsel
      1000 Cathedral Place
      298 Main Street
      Buffalo, New York  14202

LAURENCE K. RUBIN, Erie County Attorney
Attorneys for the Defendants Erie County and
Kevin Durham


By: ___s/s Ruthanne Wannop_____
    RUTHANNE WANNOP, ESQ., of
    counsel
    69 Delaware Avenue, Suite 300
    Buffalo, New York 14202
    Telephone: 716-858-2200
    Email address: wannopr@erie.gov


**SO ORDERED:**


_____
**Honorable William M. Skretny**
**United States District Judge, WDNY**

**Date:**_____